STATE v. BARR

No. 179 PC.

Case below: 15 N.C. App. 116.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


STATE v. CROUCH

No. 160 PC.

Case below: 15 N.C. App. 172.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972.


STATE v. DAMERON

No. 172 PC.

Case below: 15 N.C. App. 84.

Petition for writ of certiorari to North Carolina Court of Appeals denied 31 August 1972. Appeal dismissed ex mero motu for lack of substantial constitutional question 31 August 1972.


STATE v. FLOYD

No. 9 PC.

Case below: 15 N.C. App. 438.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 September 1972.


STATE v. HAILSTOCK

No. 11 PC.

Case below: 15 N.C. App. 556.

Petition for writ of certiorari to North Carolina Court of Appeals denied 14 September 1972.